UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 21-5261-MWF(Ex)** | Date: | **September 20, 2021** |
| Title: | Steven Hirsch v. Hollywood Unlocked, Inc. | | |

Present: The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):**  ORDER TO SHOW CAUSE RE: CONSOLIDATION OF RELATED CASES

Plaintiff initiated this copyright infringement action against Defendant Hollywood Unlocked, Inc., on June 29, 2021.  (Complaint (Docket No. 1-1)).  On September 15, 2021, Plaintiff filed a second copyright infringement action against the same defendant, Hollywood Unlocked Inc., and filed a Notice of Related Cases.  *See* CV 21-07390-MWF-E.

The Federal Rules of Civil Procedure allow a party to amend its pleadings with written consent from the opposing party or permission from the Court.  Fed. R. Civ. P. 15(a)(2).  If requesting leave to amend from the Court, the Rule directs the Court to freely allow leave to amend when justice so requires.  *Id*.

In the interests of judicial economy, Plaintiff is **ORDERED** to show cause, in writing, on or before **October 4, 2021**, why the two cases filed against Hollywood Unlocked, Inc. should remain separate actions instead of consolidating the claims through an amended pleading.

IT IS SO ORDERED.