JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steven Hirsch, | Case No. 2:21-cv-05261-MWF-E |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| v. | |
| Hollywood Unlocked, Inc., | |
| Defendant. | |

Having read and considered the Stipulated Notice of Voluntary Dismissal, filed by Plaintiff Steven Hirsch and Defendant Hollywood Unlocked, Inc., IT IS HEREBY ORDERED THAT, this action is DISMISSED WITH PREJUDICE in its entirety, with each party bearing his or its own costs, expenses and attorney's fees incurred in the prosecution or defense of their respective claims and defenses.

IT IS SO ORDERED.

DATED: September 9, 2022

MICHAEL W. FITZGERALD
United States District Judge